Xinlin Li Morrow, Esq. (SBN 281707)
Xinlin@moni.law
**Morrow Ni LLP**
3333 Michelson Drive Suite 300
Irvine, California 92612
(213) 282-8166

Joseph V. Saphia, Esq. (*pro hac vice* forthcoming)
Jessica H. Zafonte Esq. (*pro hac vice* pending)
jsaphia@csglaw.com
jzafonte@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
11 Times Square, 34th Floor
New York, NY 10036
(212) 973-0572

Xuezheng Wang, Esq. (*pro hac vice* forthcoming)
jwang@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2185

Attorneys for Defendant Segway Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM VECTOR DYNAMICS LLC, *a Texas limited liability company* | Case No.: 2:25-cv-05928-MWF (SSCx) |
| Plaintiff, | **DEFENDANT SEGWAY INC. 'S NOTICE OF OPPOSED EX PARTE APPLICATION TO EXTEND REPLY BRIEF DEADLINE AND CONTINUE HEARING ON MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| SEGWAY INC., *a Delaware corporation*, | |
| Defendant. | Judge: Hon. Michael W. Fitzgerald Courtroom 5A Hearing Date: November 3, 2025 Time: 10:00 a.m. |
| | New Proposed Hearing Date: November 24, 2025 |

CASE NO.: 2:25-CV-05928-MWF (SSCX)

NOTICE OF OPPOSED EX PARTE APPLICATION AND MEMORANDUM OF AUTHORITIES

## <u>NOTICE OF EX PARTE APPLICATION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule ("L.R.") 7-19, Defendant Segway Inc. ("Segway") hereby applies to the Court ex parte for an Order extending its deadline to file a Reply Brief in Support of its Motion to Dismiss (ECF No. 18, the "MTD") and continuing the hearing date on the MTD.

The current schedule is:

The Opposition to the MTD was filed on October 13, 2025 (ECF No. 22). The Reply Brief is due Monday, October 20, 2025. The MTD Hearing Date is Monday, November 3, 2025, at 10:00 a.m.

No prior continuance has been requested or granted with regard to the MTD.

Segway respectfully requests that the Court enter an Order setting the following new dates:

The New Reply Brief Due Date should be Monday, November 10, 2025. The New MTD Hearing Date should be Monday, November 24, 2025, at 10:00 a.m. (or another date convenient for the Court).

Counsel for Plaintiff Optimum Vector Dynamics LLC, Steven W. Ritcheson, was contacted on October 14, 2025, to stipulate to this continuance but declined to consent. (Declaration of Xinlin Li Morrow ("Morrow Decl.") ¶ 2, Ex. A).

Mr. Ritcheson's contact information is as follows:

Steven W. Ritcheson
Insight PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
Phone: (424) 289-9189
Cell: (818) 744-8714
Email: swritcheson@insightplc.com

CASE NO.: 2:25-CV-05928-MWF (SSCX)

NOTICE OF OPPOSED EX PARTE APPLICATION AND MEMORANDUM OF AUTHORITIES

1

Dated:  October 14, 2025          **MORROW NI LLP**


                                  */s/ Xinlin Li Morrow*
                                  Xinlin Li Morrow


Dated:  October 14, 2025          **CHIESA SHAHINIAN & GIANTOMASI PC**


                                  */s/ Jessica H. Zafonte*
                                  Jessica H. Zafonte
                                  (*pro hac vice pending*)

                                  *Attorneys for Defendant*

CASE NO.: 2:25-CV-05928-MWF (SSCX)

NOTICE OF OPPOSED EX PARTE APPLICATION AND MEMORANDUM OF AUTHORITIES
2

## MEMORANDUM OF POINTS AND AUTHORITES

**I.   INTRODUCTION**

Segway seeks a first and modest extension of three weeks for its Reply Brief deadline and a corresponding continuance of the MTD hearing date. Good cause exists under Local Rule 7-19.1 and Local Rule 6-1 for this request due to overlapping, critical obligations of counsel and pre-planned attorney travel. These two issues together create a material conflict preventing effective brief preparation in reply to a case-dispositive motion.

Two substantive and complex reply briefs are currently due at essentially the same time (Monday, October 20, 2025 and Tuesday October 21, 2025), creating a conflict for the two primary attorneys responsible for drafting this Reply Brief. Furthermore, these attorneys are scheduled to be traveling for other necessary work obligations during the period immediately preceding the deadline. (Morrow Decl. ¶ 3, Ex. A).

Plaintiff's counsel refused to stipulate to this request, making it necessary to file this Ex Parte Application. Granting this request allows counsel to dedicate the requisite time and attention to drafting a thorough Reply Brief in response to the lengthy Opposition filed by Plaintiff, and ensures the Court possesses adequate time to review the papers.

**II.   ARGUMENT**

**A.   Good Cause Exists To Extend The Reply Deadline and Continue The Hearing Date**

Under Local Rule 6-1, a court may extend a deadline upon a showing of "good cause." Good cause is present here.

The primary attorneys responsible for the MTD Reply have a conflict that cannot be resolved through internal delegation. Two substantive reply briefs in unrelated cases

CASE NO.: 2:25-CV-05928-MWF (SSCX)

NOTICE OF OPPOSED EX PARTE APPLICATION AND MEMORANDUM OF AUTHORITIES

1

need to be prepared at the same time. The overlap of obligations places a burden upon counsel and creates an unacceptable risk to the quality of the submission.

The complexity of the case-dispositive MTD, which raises fundamental questions of patent eligibility under 35 U.S.C. §101, warrants focused attention. The burden on counsel is exacerbated by Plaintiff's Opposition (ECF No. 22), which appears to be over the permissible word count. (Morrow Decl. ¶ 4, Ex. A). Responding to an overlength brief, regardless of whether a motion to strike is filed, requires additional review and analysis.

By moving the hearing to November 24, 2025, the Court receives the Reply Brief three weeks in advance of the hearing, securing proper judicial review time as contemplated by the Local Rules.

Plaintiff will suffer no prejudice from this extension. Discovery has not commenced, and no other critical deadlines or trial dates are pending that a three-week continuance of this motion's briefing and hearing schedule would impact. Conversely, denying the extension prejudices Segway's ability to file a comprehensive and well-reasoned reply brief to a case-dispositive motion.

**B.    Notice to Opposing Counsel Was Provided and Consent Was Denied**

As required by Local Rule 7-19.1, Segway provided notice of this Application to opposing counsel via email on October 14, 2025, and attempted to confer. Plaintiff's counsel refused to stipulate to the extension, asserting that the request was an attempt at "gaming" the litigation, despite acknowledging the multiple due dates. (Morrow Decl. ¶ 2, Ex. A). This refusal confirms that the Application is opposed, and no stipulation is forthcoming.

The Central District's Civility and Professionalism Guidelines, referenced in this Court's Procedures, specifically Section B, "Lawyer's Duties to Other Counsel," admonish lawyers to grant initial requests for reasonable extensions as a matter of courtesy unless time is of the essence. This is Segway's first request for an extension

CASE NO.: 2:25-CV-05928-MWF (SSCX)

in this matter and a continuance is necessary to address an unavoidable scheduling conflict arising from two substantive briefs due on two consecutive days, amidst attorney travel. No party has argued time is of the essence. Opposing counsel's stance, therefore, appears inconsistent with the professional standards the Court encourages.

## III.   CONCLUSION

For the reasons stated above, Segway respectfully requests that the Court find good cause to grant this Ex Parte Application and enter the Proposed Order modifying the MTD briefing and hearing schedule as follows: (1) set the Reply Brief due date as Monday, November 10, 2025; and (2) continue the MTD hearing to Monday, November 24, 2025, at 10:00 a.m., or a date convenient for the Court.

Dated:  October 14, 2025        **MORROW NI LLP**

_/s/ Xinlin Li Morrow_
Xinlin Li Morrow

Dated:  October 14, 2025        **CHIESA SHAHINIAN & GIANTOMASI PC**

_/s/ Jessica H. Zafonte_
Jessica H. Zafonte
(*pro hac vice pending*)

*Attorneys for Defendant*

CASE NO.: 2:25-CV-05928-MWF (SSCX)

NOTICE OF OPPOSED EX PARTE APPLICATION AND MEMORANDUM OF AUTHORITIES

3